UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JENNY MOSHAK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:12-CV-534-PLR-HBG |
| v. ) | |
| ) | |
| THE UNIVERSITY OF TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

This matter was referred [Doc. 75] to the undersigned for a report and recommendation on the Plaintiffs' Motion For An Award of Attorneys' Fees and Litigation Expenses [Doc. 74]. The Defendant has filed a response to the Motion [Doc. 76].

The Plaintiffs seek a total of $37,709.67 in litigation expenses [Doc. 74-1 at p. 91]. The Defendant does not contest the amount of litigation expenses sought by Plaintiffs [Doc. 76 at p. 2, n. 2].

The Defendant, however, does contest the amount of attorneys' fees sought by Plaintiffs. Therefore, the attorneys' fees part of the claim will require a hearing before the undersigned, and possibly additional briefing. Accordingly, to avoid unnecessary delay in the payment of costs, the undersigned **RECOMMENDS**[1] that the District Judge bifurcate the Motion [Doc. 74], enter

---

[1]Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Fed. R. Civ. P. 72(b)(2). Such objections must conform to the requirements of Rule 72(b), Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the District Court's order. Thomas v. Arn, 474 U.S. 140 (1985). The district court need not provide de novo review where objections to this report and recommendation are frivolous, conclusive or general. Mira v. Marshall, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. Smith v. Detroit Federation of Teachers, 829 F.2d 1370 (6th Cir. 1987).

an Order awarding $37,709.07 in litigation expenses, and reserve ruling on the claimed attorneys' fees pending a further report and recommendation.

**IT IS SO ORDERED**.

Respectfully submitted,

Bruce Guyton
United States Magistrate Judge

2

Case 3:12-cv-00534-PLR-HBG   Document 77   Filed 03/04/16   Page 2 of 2   PageID #: 1040