UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| COLLIN SCHLOSSER, JENNY MOSHAK, And HEATHER MASON<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF TENNESSEE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No.: 3:12-CV-534-PLR-HBG<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, H. Bruce Guyton [R. 77]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that the Court bifurcate the motion for attorney's fees and litigation expenses. Defendant does not contest the amount of litigation expenses, but does contest the amount of attorney's fees sought by plaintiffs. The Magistrate Judge held a hearing on the motion for attorney's fees on March 22, 2016, but has not yet issued his Report and Recommendation. The court agrees with the Magistrate Judge that it is appropriate to rule on the motion for litigation expenses at this time, and reserve ruling on the motion for attorney's fees pending a further Report and Recommendation.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).  It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that plaintiffs' motion for litigation expenses [R. 74] is **GRANTED**, and plaintiffs shall recover litigation expenses in the amount of $37,709.67 from defendants.

Plaintiffs' motion for attorney's fees is taken under advisement.

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**